NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MOTIONPOINT CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 133

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-CV-2590, Judge Claudia A. Wilken.

---

**ON PETITION**

---

**ORDER**

Upon consideration of MotionPoint Corporation's unopposed motion to withdraw its petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion to withdraw the petition is granted and the petition is dismissed.

IN RE MOTIONPOINT                                                                      2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s23